**BEST v. FORD MOTOR CO.**

[355 N.C. 486 (2002)]

GERALDINE A. BEST v. FORD MOTOR COMPANY, SAM JOHNSON'S LINCOLN
MERCURY, INC. AND TRW, INC.

No. 15A02

(Filed 10 May 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 148 N.C. App. ——, 557 S.E.2d 163 (2001), affirming an order for summary judgment entered 23 May 2000 by Patti, J., in Superior Court, Mecklenburg County. Heard in the Supreme Court 17 April 2002.

*Wallace & Graham, P.A., by Christopher D. Mauriello, for plaintiff-appellant.*

*Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., by Kirk G. Warner and Johanna S. Fowler, for defendant-appellee Ford Motor Company.*

*Golding, Holden, Pope & Baker, L.L.P., by Lawrence M. Baker, for defendant-appellee Sam Johnson's Lincoln Mercury, Inc.*

*Nelson Mullins Riley & Scarborough, LLP, by Paul J. Osowski; and Lord, Bissell & Brook, by David R. Reed, pro hac vice, for defendant-appellee TRW, Inc.*

PER CURIAM.

AFFIRMED.